# Exhibit D:

# Letter from Nicholas Hanlon

To the Honorable Rossie D. Alston Jr., United State District Judge,

I am writing today to fully admit guilt for my crimes, and to express my tremendous regret for the pain I have caused to the victims of my crimes. I originally tried to write up an explanation on how I got here, what my maladaptive thought processes were, and how I didn't learn from my first time being arrested. I had in me this belief that the victims wanted these explanations. However, I've come to realize no matter how I wrote it, everything came out as a justification for my actions. I also came to the realization that the victims don't want or need me to explain myself. What they want is to feel safe. They need to know that I can never hurt them again. I can assure them that I now see what I have done to them and that I will never hurt them or anyone else ever again.

I wanted to explain myself so badly until I read and then heard their and their families' testimonies. My heart broke open and something clicked inside my head. All I want to do now is ease their fears and pay them back for the pain they have endured.

Since my incarceration I began seeing a mental health professional trained and experienced specifically for sex offenders. And though I have seen a handful of psychologists and psychiatrists in the past, this particular therapist has done something the others never did: checked my behavior and actions. Through extensive psychoanalysis and countless sessions, she has helped me to identify the masking I had developed throughout my life. Then, instead of simply commiserating and affirming my feelings of inadequacy, loneliness, misplaced guilt and extreme social immaturity, she has explained how my coping methods are destructive, abusive and simply unfair to the people I have said to have cared about. In fact, one of the things I remember her saying over and over is how she doesn't want to hurt my feelings but... then proceed to brutally and plainly lay out how whatever I felt or thought was actually interpreted, which was inevitably twisted and unhealthy. I would just sit there fighting these feelings to defend myself, only to realize the fact that I wanted to explain myself went to show how WRONG I had been thinking or feeling.

Ever since my, for a lack of a better word, enlightenment, I have remained disgusted with myself. To have been hurting people I care for in such an amoral and irredeemable way, I can never see how I should ever be forgiven.

I must also take any guilt or hard feelings directed towards my family and friends whom have supported me throughout the years. All blame and responsibility rests squarely on myself. Something I've been hearing a lot recently is how two competing

truths can exist at the same time. Though I have been a true monster to the victims and people I cared for, I see now the harm I have caused, how I still care and that I must spend the rest of my life making up for the pain they have suffered. I know that the pain I caused will take a long time to heal and I can't help in that process, though I would if I could.  Instead, the thing I can do is make every effort to make good on paying restitution and I will utilize every avenue provided to me to do that. I can also continue receiving the treatment needed to continue my understanding and opportunities to achieve as much income to pay my monetary obligations to the court and to the victims' recovery and easement. I ask this above all else.

To the victims, I am so terribly sorry for what I have done to you. You have nothing to fear from me.  I don't ask for forgiveness, I just want you all to find solace and contentment in your life.

To their own family and friends, I also apologize to you.  I know that my actions, in victimizing these strong and courageous people, have also harmed you.  I am sorry, and I hope you continue to support them.

To the Court, I want to thank you, sir, personally for your polite manner and professionalism through our interactions.  As a detainee, it is rare to find someone show such consideration and expediency concerning myself and my case.  I want to say your respect was noticed and appreciated.

And lastly, to my own family and friends who have supported me for longer than I could ever deserve. I am so sorry to have put you through all of this. I broke promises and have hurt you all over again, and for that I will also spend the rest of my life trying to repay your love and support. I don't deserve it, but I certainly do appreciate it. Your support has sustained me. I hope to continue to help you understand what I have done and will understand if you could no longer forgive my atrocities. I don't myself. But anyone who stays in my life will see a Nick who will grow and become worth knowing. Thank you for believing in me. I will try to live up to it.

Thank you, your honor, for taking your time to read this letter. I am open to any questions you may continue to have and will continue to answer you open and honestly.

Yours in truth,

Nicholas Wayne Hanlon